## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GRACE SMITH, MICHAEL O. SMITH, J.A. SMITH (minor)**<br><br>**v.**<br><br>**BETHLEHEM TOWNSHIP** | **CIVIL ACTION**<br><br>**NO. 22-3785** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 27th day of January 2023, upon consideration of Defendant's Motion to Dismiss (ECF 9), as well as all other submissions related thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and Plaintiffs' Complaint (ECF 1) is **DISMISSED with prejudice**.   The Clerk shall **CLOSE** this case.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-3785 Smith et al v. Bethlehem Township\22-3785 - Order re MTD.docx